# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Mauricio CASTRO,<br><br><br>Defendant. | )<br>)<br>)<br>) Case No.  5:25-MJ-119 (MJK)<br>)<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Apr 21 - 2025
John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 20, 2025, in the county of Jefferson in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, after having been removed from the United States, entered and thereafter was found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

_____
*Complainant's signature*
Border Patrol Agent Evan Drake
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: April 21, 2025

_____
*Judge's signature*

City and State:  Syracuse, New York          Hon. Mitchell J. Katz, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK          )
COUNTY OF JEFFERSON        )    SS:
CITY OF WATERTOWN          )

I, Evan Drake, being duly sworn, deposes and states:

On April 20, 2025, Border Patrol Agent (BPA) Graham Whalen from Wellesley Island Border Patrol Station (WIB) Anti-Smuggling Unit (ASU) observed a white Ford Fusion bearing NY LDC8068 arrive at 300 North Hamilton Street in Watertown, NY. This home was under investigation from WIB ASU for housing suspected illegal aliens. WIB ASU has had multiple events linking this address to suspected illegal aliens.

For instance, on April 11, 2025, WIB ASU arrested two subjects from a white Penske box truck bearing Indiana 3208240. This vehicle was parked at the CWT Hatchery located at 20835 Alexander Drive in Watertown, NY. CWT Hatchery is known to hire illegal aliens. Intelligence was received that a white box truck would arrive at CWT Hatchery and sell groceries and cash payroll checks for the employees that are believed to be illegal aliens. A Vehicle stop was performed on the white box truck which led to multiple payroll checks issued to multiple different subjects, with one of the addresses being 300 North Hamilton St. in Watertown, NY.

On April 20, 2025, BPA Whalen was conducting surveillance on 300 North Hamilton St. in Watertown, NY. At approximately 5:45 AM, BPA Whalen observed a white Ford Fusion arrive in front of the target address with two subjects visible. A few moments later, BPA Whalen observed three subjects exit the target home and entered the Fusion. BPA Whalen then advised BPA Craig Smithers and BPA Jeremy Powell of his findings.

At approximately 5:52 AM, BPA Whalen conducted a vehicle stop on the Ford Fusion on Coffeen Street. in Watertown, NY. The BPA was wearing his Border Patrol issued body armor with patches and insignia, clearly visible. BPA Whalen then announced himself as a Border Patrol Agent and began to perform an immigration inspection on all subjects in the vehicle. One of the subjects was identified as CASTRO, Mauricio (CASTRO), who was illegally present in the U.S. and had not been admitted or paroled into the U.S. through a valid Port of Entry.

CASTRO was placed under arrest and brought back to WIB for further processing. At the station, as a routine step in processing, CASTRO had his biographical and biometric information entered into the Department of Homeland Security processing systems. These systems, along with record

checks, revealed prior immigration arrests and a positive criminal history. CASTRO was apprehended on November 10, 2015, and charged with 8 USC 1325. His final order of removal was reinstated, and he departed the U.S. on December 22, 2015, through Laredo, TX after serving thirty days in jail. CASTRO then admitted to illegally reentering the U.S. in Laredo, TX on February 11, 2022, during intake proceedings.

Attested to by the affiant:

_____
Evan Drake
U.S. Border Patrol Agent


I, the Honorable Mitchell Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on April 21, 2025 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Digitally signed by Mitchell J Katz
Date: 2025.04.21 14:52:55 -04'00'

Hon. Mitchell Katz
United States Magistrate Judge
Northern District of New York